1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE K
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416
4
   Attorney for: PLAINTIFF
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          No. CV 12-08521

12                  Plaintiff,

13       vs.                          CONSENT JUDGMENT

14 Patrick M. Vercillo, aka

15 Patrick Vercillo,

16                  Defendant

17      Pursuant to the above stipulation of the parties,

18 Judgment is hereby entered in favor of Plaintiff, UNITED

19 STATES OF AMERICA, against Defendant, Patrick M. Vercillo,

20 aka Patrick Vercillo, in the principal amount of $1,150.43

21 plus interest accrued to August 30, 2012, in the sum of

22 $1,588.37; with interest accruing thereafter at 5% annually

23 until entry of judgment, administration costs in the amount

24 of $0.00, for a total amount of $**2,738.80**.

25

26 DATED:  10/31/2012        By:_____TERRY NAFISI_____
                                       Clerk of the Court
27
                                   _____L. RAYFORD_____
28                                      Deputy Clerk
                                   United States District Court

                              Page 5